FILED

08/10/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0041

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 22-0041

STATE OF MONTANA,

      Plaintiff and Appellee,

v.

JAMES MICHAEL PARKER,

      Defendant and Appellant.

## ORDER

Upon consideration of Appellee's motion for a 30-day extension of time, and good cause appearing therefor,

IT IS HEREBY ORDERED that Appellee is granted an extension of time to and including September 18, 2023, within which to prepare, file, and serve its response brief.

TKP

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
August 10 2023